IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **RAMIRO IBARRA RUBI**, | § | |
| Petitioner, | § | |
| -VS- | § | No. 6:02-cv-00052 |
| | § | **\*\*DEATH PENALTY CASE\*\*** |
| **WILLIAM STEPHENS**, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

### PETITIONER RAMIRO IBARRA'S NOTICE OF APPEAL

Notice is given that Ramiro Ibarra, petitioner in the above named case, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment and orders entered in this action on February 1, 2017 (Documents 172 & 173), September 28, 2016 (Document 168), September 30, 2015 (Document 162), as well as from all subsidiary rulings occurring during the pendency of this action that are adverse to and deny Mr. Ibarra relief. Because Mr. Ibarra has previously been granted leave to proceed *in forma pauperis* (Document 5), he proceeds on appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a)(3).

        Respectfully submitted,

        RUSSELL D. HUNT, JR.
        Attorney at Law
        Texas Bar No. 00790937
        310 South Austin Ave.
        Georgetown, Texas 78626
        Tel: (512) 930-0860
        r2@rhjrlaw.com

        s/ Russell D. Hunt, Jr.
        _____

        NAOMI E. TERR
        Attorney at Law
        Texas Bar No. 24033379
        P.O. Box 19252
        Houston, Texas 77224
        Tel: (713) 471-3943
        naomiterr@kuykendall-law.com

        s/ Naomi E. Terr
        _____

## CERTIFICATE OF SERVICE

On May 18, 2017, I electronically filed the foregoing pleading with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. A "Notice of Electronic Filing" was sent to Stephen M. Hoffman, attorney of record for the Director, at his e-mail address: Stephen.Hoffman@oag.texas.gov.

        s/ Naomi E. Terr
        _____
        Naomi E. Terr